# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-539
Lower Tribunal No. 19-DR-004877

_____

KRISTIN BORELLI,

Appellant,

v.

CHRISTOPHER BELT,

Appellee.

_____

Appeal from the Circuit Court for Lee County.
Amy Hawthorne, Judge.

March 5, 2024

PER CURIAM.

AFFIRMED.

STARGEL, NARDELLA and SMITH, JJ., concur.


Keith W. Upson, of The Upson Law Group, P.L., Naples, for Appellant.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED